UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL TROFATTER,

    Petitioner,        Case No. 1:08cv895

v.                Hon. Robert J. Jonker

MARY BERGHUIS,

    Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 16, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 16, 2011, is approved and adopted as the opinion of the court.

  **IT IS FURTHER ORDERED** that petitioner's habeas petition is DENIED.  Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

                /s/ Robert J. Jonker
                ROBERT J. JONKER
                UNITED STATES DISTRICT JUDGE

DATED:  September 20, 2011.